IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Dine Citizens Against Ruining Our Environment, et al.,

    Plaintiff(s),

vs.   No. CIV   1:19-cv-00703-SCY-JFR

David Bernhardt, et al.

    Defendant(s).

## INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*

Kyle J. Tisdel, Western Environmental Law Center: (575) 613-8050; ktisdel@westernlaw.org

**Attorney(s) for Defendant(s):** *(include phone #)*

Corinne Snow, U.S. Department of Justice: corinne.snow@usdoj.gov

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*

Environment: challenge to BLM approved oil and gas drilling permits

**Jurisdiction:** *(Cite Statutes)*

This action arises under NEPA, 42 U.S.C. §§ 4321-4370h.
This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331

**Precise statement of activity sought to be restrained or compelled:**

Plaintiffs seek to prevent ongoing or future ground disturbance, construction, oil and gas drilling, and oil and gas production on the challenged applications for permit to drill ("APD").

## HEARING

Estimated length of hearing:   half day

Request hearing to be set for: *(Select one)*

◯ Today   ◯ Tomorrow   ◯ Within One Week   ⊗ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?   ⊗ Yes ◯ No

Have the opposing party(ies) and their attorney(s) been notified ?   ◯ Yes ◯ No

    If answer is yes, when?   Plaintiffs met with BLM and DOJ counsel July 24, 2019

    If answer is no, why not?

Notice given by:   ☐ Phone   ☐ Fax   ☐ Letter   ☒ In Person   ☐ Other