IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; SAN JUAN CITIZENS ALLIANCE; SIERRA CLUB and WILDEARTH GUARDIANS,<br><br>     Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT; TIM SPISAK, in his official capacity as Acting New Mexico State Director of the Bureau of Land Management; and RICK FIELDS, in his official capacity as Field Manager of the Bureau of Land Management Farmington Field Office,<br><br>     Defendants. | No. 1:19-cv-00703-WJ-JFR |

**NOTICE OF LOCAL RULE 83.3 CERTIFICATION**

  Please take notice that pursuant to D.N.M.LR-Civ. 83.3 the undersigned is a member in good standing of the Bar of this Court and hereby certifies that Steven J. Rosenbaum and Bradley K. Ervin, Covington & Burling, LLP, are members in good standing of the Bar of the

District of Columbia and will associate with Maldegen, Templeman & Indall, LLP, will accept service, and will participate in this action as required by the Court.

DATED this 27th day of August, 2019.

                                            MALDEGEN, TEMPLEMAN & INDALL LLP

                                                /s/ Jon J. Indall
                                          Jon J. Indall
                                          1925 Aspen Drive, 200A
                                          Santa Fe, NM 87505
                                          Phone: 505-216-3075
                                          jindall@cmtisantafe.com

                                          Steven J. Rosenbaum
                                            (*pro hac vice* forthcoming)
                                          Bradley K. Ervin
                                            (*pro hac vice* forthcoming)
                                          COVINGTON & BURLING, LLP
                                          One CityCenter
                                          850 Tenth St., N.W.
                                          Washington, D.C. 20001
                                          Phone:  (202) 662-6000
                                          Fax:  (202) 662-6291
                                          srosenbaum@cov.com
                                          bervin@cov.com

                                          *Attorneys for Applicant for Intervention*
                                          *American Petroleum Institute*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2019, I caused a true and correct copy of the foregoing to be filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record:

                                              /s/ Jon J. Indall
                                          Jon J. Indall