UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al., </br></br>　　　Plaintiffs, </br></br>　　v. </br></br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., </br></br>　　　Defendants, </br></br>　　and </br></br>NAVAJO ALLOTTEES, </br></br>　　　Defendant-Intervenors. | Case No. 1:19-cv-00703-WJ-JFR |

**NOTICE OF THE PARTIES' STIPULATED EXTENSION FOR PLAINTIFFS' CONSOLIDATED REPLY TO RESPONSES TO PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiffs Diné Citizens Against Ruining Our Environment, San Juan Citizens Alliance, Sierra Club, and WildEarth Guardians (collectively, "Citizen Groups"), by and through undersigned counsel of record, hereby notifies the Court that the Parties have agreed to an extension of time for Plaintiffs to file a consolidated Reply to the various Responses to Citizen Groups' August 1, 2019 Motion for Temporary Restraining Order and Preliminary Injunction. (ECF No. 5). Federal Defendants filed their Response on August 14, 2019; Applicant-Intervenors DJR Energy Holdings, LLC and BP America Production Company filed their Response on August 15, 2019; and Applicant-Intervenor American Petroleum Institute filed its Response on August 22, 2019. The extension is necessary to provide adequate time for

Citizen Groups to prepare a Consolidated Reply addressing these multiple Responses, instead of burdening the Court with multiple Replies to the individual Responses . The agreed-upon due date for Citizen Groups Reply brief is September 4, 2019. The extension will not interfere with any case management schedule in this matter.

Respectfully submitted on the 28th day of August 2019.

/s/ Kyle J. Tisdel
Kyle J. Tisdel
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

/s/ Julia Guarino
Julia Guarino
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.224.6205
guarino@westernlaw.org

*Counsel for Plaintiffs*

/s/ Daniel Timmons
Daniel Timmons
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM  87501
(p) 505.570.7014
dtimmons@wildearthguardians.org

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(p) 505.401.4180
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

/s/ Karimah Schoenhut
Karimah Schoenhut (D.C. Bar No. 1028390)
(appearing by association with Federal Bar
member Kyle J. Tisdel pursuant to L.R. 83.3(a))
SIERRA CLUB
50 F Street NW, 8th Floor
Washington DC 20001
(p) 202.548.4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Julia Guarino