# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DINE CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

      Plaintiff,

v.                            Case No. 1:19-cv-00703 WJ/JFR

DAVID LONGLY BERNHARDT,
in his official capacity as Secretary of
the United States Department of the
Interior, et al.,

      Defendant.

## NOTICE OF ATTORNEY WITHDRAWAL

Christopher F. Jeu, Assistant United States Attorney, hereby withdraws as counsel for Defendant United States of America in the above-captioned case.  Defendant United States of America will continue to be represented by other U.S. Department of Justice counsel.

      Respectfully Submitted,

      JOHN C. ANDERSON
      United States Attorney

      */s/ Christopher F. Jeu 1/22/20*
      CHRISTOPHER F. JEU
      Assistant United States Attorney
      P.O. Box 607
      Albuquerque, NM 87103
      (505) 224-1458
      Christopher.Jeu@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

      */s/ Christopher F. Jeu*
      CHRISTOPHER F. JEU
      Assistant United States Attorney