IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, *et al.*,

    Plaintiffs,

v.                                                                 1:19-cv-00703-WJ-JFR

DAVID BERNHARDT, *et al*.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY
## AND VACATING CURRENT DEADLINES

THIS MATTER is before the Court on the Parties' Joint Motion to Stay Proceedings (**Doc. 90**). Having reviewed the Motion, the Court finds the request for stay is well taken and in the best interests of all parties and judicial economy. Accordingly, the Motion is **GRANTED**. All deadlines previously set by this Court (*see* Docs. 86, 89) are hereby **VACATED** and will be reset following the expiration of this stay.

Per the Parties' representation in their Motion, the Court expects to be informed as to the status of this case and whether there is a need for further proceedings no later than **April 1, 2020.**

**IT IS SO ORDERED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE