**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-00703-WJ-JFR |
| v. | ) ) | |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*, | ) ) ) ) | |
| Federal Defendants. | ) ) | |

---

**JOINT CASE MANAGEMENT PLAN**

---

In accordance with this Court's Order Lifting Stay and Adopting Deadlines As Set Forth in the Parties' Joint Status Report, ECF No. 94, the Parties submit this Joint Case Management Plan setting forth the following proposed schedule for further proceedings in this matter.

1.      On or before July 1, 2020, Federal Defendants shall lodge the administrative record with the Court's Chambers and serve the administrative record on the parties.  Due to the anticipated size of the administrative record, Federal Defendants may produce the record to the Court and parties on a USB drive.

2.      On or before July 22, 2020, Plaintiff and Intervenor Defendants shall advise Federal Defendants in writing of any objections to the administrative record. The Parties shall work to resolve any such record objections out of Court prior to filing any motions to complete the administrative record or for extra-record review.

3.      If the Parties are unable to resolve any record objections out of Court, the Parties propose the following schedule for motions related to the completeness of the administrative record or for extra-record review:

Any motions to complete the administrative record or for extra-record review shall be filed on or before August 12, 2020. Any disputes regarding the scope or content of the administrative record not raised during consultation of the Parties and by motion by this deadline will be deemed to have been waived.

Responses to any such motions shall be filed on or before September 2, 2020.

Replies shall be filed on or before September 16, 2020.

4.      If any motions to complete the administrative record or for extra-record review are filed, the schedule for merits briefing set forth below shall be of no effect. In such case, the Parties will submit an alternative merits briefing schedule within 14 days of the Court's resolution of the motion(s) to complete the administrative record or for extra-record review.

5.      If no motions to complete the administrative record or for extra-record review are filed, briefing on the merits shall proceed on the following schedule:

Federal Defendants shall lodge the amended administrative record, if any, with the Court's Chambers and shall serve it on the Parties by August 19, 2020. Due to the anticipated size of the administrative record, Federal Defendants may produce the record to the Court and parties on a USB drive.

Plaintiff shall file its Motion for Review of Agency Action and supporting brief on or before September 16, 2020.

Federal Defendants shall file their responding brief on or before October 14, 2020.

Intervenor Defendants shall file their responding briefs on or before October 23, 2020.

Plaintiff shall file its reply brief on or before November 13, 2020.

6.      In accordance with *Olenhouse*, the length of the Parties' briefs on the merits shall be consistent with Federal Rule of Appellate Procedure 32(a)(7); except that Plaintiffs shall be permitted to file a single consolidated reply brief of up to 13,000 words.

Respectfully submitted this 1st day of June, 2020.

PRERAK SHAH
Deputy Assistant Attorney General

*/s/ Clare Boronow*
CLARE BORONOW
Environment and Natural Resources Division
United States Department of Justice
999 18th St.
South Terrace, Suite 370
Denver, CO 80202
clare.boronow@usdoj.gov

ANDREW A. SMITH
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
505-224-1468
andrew.smith@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Kyle J. Tisdel*
Kyle J. Tisdel
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*/s/ Allyson A. Beasley*
Allyson A. Beasley
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.224.6260
beasley@westernlaw.org

*Counsel for Plaintiffs*

*/s/ Daniel L. Timmons*
Daniel L. Timmons
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(p) 505.570.7014
dtimmons@wildearthguardians.org

*/s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(p) 505.401.4180
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

*/s/ Karimah Schoenhut*
Karimah Schoenhut (D.C. Bar No. 1028390)
(appearing by association with Federal Bar
member Kyle J. Tisdel pursuant to L.R. 83.3(a))
SIERRA CLUB
50 F Street NW, 8th Floor
Washington DC 20001
(p) 202.548.4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*/s/ Keith D. Tooley*
Keith D. Tooley
WELBORN SULLIVAN MECK & TOOLEY, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
Phone: 303-830-2500

Fax: (303) 832-2366
ktooley@wsmtlaw.com

*Counsel for Intervenor-Defendant Enduring
Resources IV, LLC*

*/s/ John J. Indall*
Jon J. Indall
MALDEGEN, TEMPLEMAN & INDALL LLP
1925 Aspen Drive, 200A
Santa Fe, NM 87505
Phone: 505-216-3075
jindall@cmtisantafe.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com
bervin@cov.com

*Counsel for Intervenor-Defendant American
Petroleum Institute*

*/s/ Jennifer H. Weddle*
Jennifer H. Weddle, D. N.M. Bar No. 19-163
1200 17TH Street, Suite 2400
Denver, Colorado 80202
Phone: (303) 572-6565
Fax: (303) 572-6540
weddlej@gtlaw.com

*Counsel for Intervenor-Defendant Navajo Allottees*

HOLLAND & HART LLP

*/s/ Robert Sutphin*
Robert Sutphin
Holland & Hart LLP
110 North Guadalupe, Ste. 1
Santa Fe, NM
Phone: (505) 988-4421

Fax: (505) 983-6043
rsutphin@hollandhart.com

Hadassah M. Reimer (Wyo. Bar No. 6-3825)
Holland & Hart LLP
25 S. Willow St., Suite 200
Post Office Box 68
Jackson, WY  83001
Phone: (307) 739-9741
Fax: (307) 739-8175
hmreimer@hollandhart.com

John F. Shepherd, P.C. (Colo. Bar. No. 9956)
Tina Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Phone: (303) 295-8000
Fax: (303) 713-6296
jshepherd@hollandhart.com
trvanbockern@hollandhart.com

*Attorneys for Intervenors*
*DJR Energy Holdings, LLC and SIMCOE LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2020, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Clare Boronow*
Clare Boronow
Counsel for Federal Defendants
