IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, *et al.*,

      Plaintiffs,

v.                                                                  19-cv-00703-WJ-JFR

DAVID BERNHARDT, *et al*.,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court sua sponte, following Plaintiffs' response to this Court's Order to Show Cause, which ordered Plaintiffs to show cause why their reply should not be stricken for failure to follow the Court's order regarding the length of the document (Doc. 120).

Plaintiffs maintain that the reply brief (Doc. 119) is indeed within the allotted 13,000 words permitted by this Court's Order, Doc. 104. They point out that Fed.R.App.P. 32(f) excludes several items from any length limit, going beyond the caption, title and signature lines, and that converting the PDF document to a Word document could also have affected the word count result done by the Court.

Plaintiffs' explanation is well-taken, the Court was in error for issuing the Order to Show Cause and, therefore, the Order to Show Cause (Doc. 120) is hereby QUASHED.

**IT IS SO ORDERED**.

                                                                WILLIAM P. JOHNSON
                                                                CHIEF UNITED STATES DISTRICT JUDGE