IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>　　　　Federal Defendants. | Case No. 1:19-cv-00703-WJ-JFR |

NOTICE OF BRIEFING COMPLETE

Pursuant to D.N.M.L.R.-Civ. 7.4(e), Plaintiff WildEarth Guardians hereby notifies the Court, Federal Defendants, and Defendant-Intervenors that the briefing on the merits in the above-captioned case is complete, and hereby certifies this motion as ready for decision. The following docket items pertain to the merits briefing:

- Docket 110　Plaintiffs' Opening Merits Brief
  (Oct. 2, 2020)

- Docket 111　Federal Defendants' Response to Plaintiffs' Opening Merits Brief
  (Oct. 30, 2020)

- Docket 112　Intervenor-Defendant American Petroleum Institute's Responsive Brief
  (Nov. 9, 2020)

- Docket 113　DJR Energy Holdings, LLC and Simcoe LLC's Response Brief
  (Nov. 9, 2020)

- Docket 114　Enduring Resources IV, LLC's Response to Plaintiff's Opening Merits Brief
  (Nov. 9, 2020)

- Docket 115　Intervenor Navajo Allottees' Response to Plaintiffs' Opening Merits Brief
  (Nov. 9, 2020)

- Docket 118   Federal Defendants' Notice of Updated APD Statuses
  (Nov. 24, 2020)

- Docket 119   Plaintiffs' Reply
  (Dec. 11, 2020)

Respectfully submitted this 16th day of December, 2020.

<u>/s/ Kyle J. Tisdel</u>
Kyle J. Tisdel
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

s/ <u>Allyson A. Beasley</u>
Allyson A. Beasley
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.224.6260
beasley@westernlaw.org

*Counsel for Plaintiffs*

<u>/s/ Samantha Ruscavage-Barz</u>
Samantha Ruscavage-Barz
WILDEARTH GUARDIANS
516 Alto Street
Santa Fe, NM 87501
(p) 505.401.4180
sruscavagebarz@wildearthguardians.org

<u>/s/ Daniel L. Timmons</u>
Daniel Timmons
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM  87501
(p) 505.570.7014
dtimmons@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

*/s/ Karimah Schoenhut*
Karimah Schoenhut (D.C. Bar No. 1028390)
(appearing by association with Federal Bar
member Kyle J. Tisdel pursuant to L.R. 83.3(a))
SIERRA CLUB
50 F Street NW, 8th Floor
Washington DC 20001
(p) 202.548.4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 16, 2020, I electronically filed the foregoing NOTICE OF BRIEFING COMPLETE with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to other participants in this case.

*/s/ Daniel L. Timmons*
WildEarth Guardians
Counsel for Plaintiff WildEarth Guardians